IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV103-MU

| | |
|---|---|
| WOODY H. BLAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| THORPE ENTERPRISES a/k/a ) | |
| THORPE SECURITY, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon Defendants' Motions for More Definite Statement, to Strike and/or to Dismiss and Motion for Rule 11 Sanctions. The *pro se* Plaintiff, instead of filing a response, as directed by the court, has filed a Motion to Dismiss Without Prejudice.

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice;

IT IS FURTHER ORDERED that Defendants' Motions for More Definite Statement, to Strike and/or to Dismiss are hereby DENIED AS MOOT, and Defendants' Motion for Rule 11 Sanctions is hereby DENIED.

**Signed: September 19, 2005**

Graham C. Mullen
Chief United States District Judge